# Order

Michigan Supreme Court
Lansing, Michigan

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150227

SURRY FRY,
      Claimant-Appellant,

v

SC: 150227
COA: 321239
Wayne CC: 13-009031-AE

SAFE MANAGEMENT OF MICHIGAN,
LLC,
      Employer-Appellee,

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS,
UNEMPLOYMENT INSURANCE
AGENCY,
      Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 2, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



Clerk

a1202